# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RABINOVITZ and, M.R., a minor by and through her Guardian ad Litem, Ronald Austin, <br><br> Plaintiffs, <br> v. <br><br> CITY OF LOS ANGELES, et. al. <br><br> Defendants. | Case No.: CV 16-8087-DMG (JPRx) <br><br> ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE [116] |

Upon review of the parties' Joint Stipulation to Dismiss the Entire Action with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Produce, Rule 41(a)(1). Each side shall bear its own attorneys' fees and costs.

DATED: August 6, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE